**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **Vari-Volt Technologies, LLC,** | § § § | |
| Plaintiff, | § § | Case No.  6:16-cv-01045-RWS-KNM |
| v. | § § | |
| **The Vape Store, Inc., a Florida corporation,** | § § | JURY TRIAL |
| Defendants. | § § § § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this date the Court considered Plaintiff Vari-Volt Technologies, LLC's and Defendant The Vape Store, Inc.'s Joint Motion for Dismissal With Prejudice of all claims and counterclaims asserted between Plaintiff Vari-Volt Technologies, LLC and Defendant The Vape Store, Inc. in this case, and the Court being of the opinion that said motion should be **GRANTED**, it is hereby

**ORDERED**, **ADJUDGED** AND **DECREED** that all claims asserted in this suit between Plaintiff Vari-Volt Technologies, LLC and Defendant The Vape Store, Inc. are hereby dismissed with prejudice.

**ORDERED**, **ADJUDGED** AND **DECREED** that all counterclaims asserted in this suit between counterclaim-plaintiff The Vape Store, Inc. and counterclaim-defendant Vari-Volt Technolgoes, LLC are hereby dismissed with prejudice.

It is further **ORDERED** that all attorneys' fees, costs of court and expenses are to be borne by the parties incurring same.

**SIGNED this 1st day of March, 2017.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE